**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

HENRY O. TYLER                                                                                              PLAINTIFF

v.                                           NO 4:08CV00583 JLH

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES                                                                          DEFENDANT

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 25th day of August, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE