IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HENRY O. TYLER                                                                    PLAINTIFF

v.                                          NO 4:08CV00583 JLH

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES                                                   DEFENDANT

## ORDER

Henry O. Tyler's Motion for Reconsideration of Order Granting Dismissal of Case and Motion for Leave to Amend Complaint is GRANTED. The order of dismissal is hereby set aside. Henry O. Tyler's motion for leave to file an amended complaint is GRANTED. He must file his amended complaint within five business days after the date of the entry of this Order. Document #11.

IT IS SO ORDERED this 19th day of September, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE